# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Gary A. Quaintance )<br><br>Petitioner/Plaintiff )<br><br>vs. )<br><br>Herb Hallman Chevrolet, dba Champion )<br>Chevrolet )<br><br>Respondent/Defendant. )<br>_____ ) | Case #3:19-cv-0340-WGC<br>_____<br><br>**VERIFIED PETITION FOR<br>PERMISSION TO PRACTICE<br>IN THIS CASE ONLY BY<br>ATTORNEY NOT ADMITTED<br>TO THE BAR OF THIS COURT<br>AND DESIGNATION OF<br>LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Richard Bruce Herman_____, Petitioner, respectfully represents to the Court:
　　　　(name of petitioner)

　　1.　　That Petitioner is an attorney at law and a member of the law firm of

_____Richard B. Herman, P.C._____
　　　　　　　　　　　　　　　　(firm name)

with offices at _____350 Park Avenue, Suite 2607_____,
　　　　　　　　　　　　　　　　(street address)

_____New York_____, __New York__ ▼ , ___10152___,
　　　　(city)　　　　　　　　　(state)　　　　　　　　　(zip code)

___212-759-6300___ , ___rbh@richardbherman.com___ .
(area code + telephone number)　　　　(Email address)

　　2.　　That Petitioner has been retained personally or as a member of the law firm by

_____Gary A. Quaintance_____ to provide legal representation in connection with
　　　　　　[client(s)]

the above-entitled case now pending before this Court.

3.    That since _____February 8, 1984_____, Petitioner has been and presently is a
                                (date)
member in good standing of the bar of the highest Court of the State of _New York_____ ▼

                                                                         (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing. (See Exhibit 1).

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of New York | 2/28/1984 | RH6524 |
| Eastern District of New York | 2/28/1984 | RH6524 |
| Western District of New York | 3/1/1984 | NA |
| Ninth Circuit Court of Appeals | 2/13/2013 | NA |
| Pennsylvania | 11/17/1989 | 56143 |
| District of Connecticut | 7/2/1993 | ct12397 |
| Supreme Court of the State of New York | 4/20/1987 | NA |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

In 2012, there was an administrative suspension for an out of state, non-practicing attorney in
Pennsylvania based upon a clerical error for dues renewal. At all times, Richard B. Herman is a
full-time attorney in New York and never an in-state practicing attorney in Pennsylvania.

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

New York Council of Criminal Defense Lawyers
New York Criminal Bar Association
New York State Bar Association
National Association of Criminal Defense Lawyers

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2/1/2013 | US v. Granata | District of Nevada | Granted |
| | 2:12-cr-440-RCJ-GWF | | Granted |
| 2/18/2014 | US v. Desage | District of Nevada | Granted |
| | 2:13-cr-39-JAD-VCF | | Granted |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Nevada ▼ )
                              )
COUNTY OF _____Clark_____ )

_____Richard B. Herman_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

21ᵗ day of ____June____, 2019 .

_____
Notary Public or Clerk of Court

> ARU PARAM
> Notary Public State of Nevada
> No. 05-97384-1
> My Appt. Exp. June 3, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate ___Raelene K. Palmer, Esq.___,
                                                                        (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action. The address and email address of

said designated Nevada counsel is:

___The Palmer Law Firm, P.C., 5550 Painted Mirage Road, Suite 320___,
                              (street address)

___Las Vegas___, ___Nevada___ ▼, ___89149___,
     (city)              (state)              (zip code)

___(702) 952-9533___, ___RPalmer@PLFLawyers.com___.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Raelene K. Palmer_____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Gary A. Quaintance

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

8602                          RPalmer@PLFLawyers.com

Bar number                   Email address

APPROVED:

Dated: this 24th day of June , 20 19 .

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Douglas C. Palmer _____ , Clerk of this Court,

certify that _____ Richard Bruce Herman _____ , Bar # _____ RH6524 _____ ,

was duly admitted to practice in this Court on _____ 02/28/1984 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Brooklyn _____ on _____ 06/21/2019 _____
                                  *(Location)*                                                      *(Date)*


_____
Douglas C. Palmer
*CLERK OF COURT*

_____
Salomon Mejia Jr          , *DEPUTY CLERK*



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Richard Bruce Herman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **8th** day of **February 1984**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 21, 2019.



Clerk of the Court

# Exhibit 1

# Exhibit 1

LAW OFFICES

# RICHARD B. HERMAN, P.C.

RICHARD B. HERMAN*‡
STEFANIE V. PLAUMANN‡

ADMITTED:
NEW YORK‡
PENNSYLVANIA*
DISTRICT OF COLUMBIA*
CONNECTICUT (U.S. DIST. COURT ONLY)*

THE SEAGRAM BUILDING
375 PARK AVENUE, SUITE 2607
NEW YORK, NEW YORK 10152

TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
rbh@richardbherman.com
www.richardbherman.com

1717 PENNSYLVANIA AVENUE NW, SUITE 1025
WASHINGTON, DC 20006
(202) 635-1888

OF COUNSEL
**BROWN & DOHERTY, P.A.**
450 CARILLON PARKWAY, #120
ST. PETERSBURG, FL 33716

**Exhibit to Paragraph 3**

Honorable Miranda M. Du
United States District Judge
District of Nevada
400 S. Virginia Street
Reno, NV 89501

          Re:      Gary A. Quaintance v. Herb Hallman Chevrolet
                     Docket No.: 3:19-cv-00340-MMD-WGC

Dear Judge Du:

      Due to the exigency of the circumstances in the above-referenced case (deposition testimony of Mr. Quaintance has been ordered to be taken on or about Wednesday, June 26, 2019), the *Pro Hac Vice* Motion filed on my behalf does not have all Certificates of Good Standing attached as exhibits. Certificates of Good Standing are included from New York State and the Eastern District of New York, however, I await the remainder of the Certificates from the Courts set out in paragraph 4 of the motion and will provide them to the Court upon receipt. Since I was last admitted *Pro Hac Vice* in the District of Nevada in 2014, my circumstances have not changed, and I remain in good standing in all courts and jurisdictions to which I am admitted.

      Thank you for your kind consideration.

                              Respectfully,

                              Richard B. Herman